FRANK SHARKIEWICZ *v.* STOP & SHOP COMPANIES, INC. (2258)

TESTO, HULL and DUPONT, Js.

Argued November 3—decision released November 22, 1983

*Frank Sharkiewicz,* pro se, the appellant (plaintiff).
*Roland F. Young III,* for the appellee (defendant).

PER CURIAM. There is no error.